## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LAND'S END, INC., SEARS HOLDINGS CORPORATION, and SEARS HOLDINGS MANAGEMENT CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.  10-CV-5084 |
| v. | ) ) | Judge Ruben Castillo |
| EDDIE BAUER, LLC, ALAN KIRK, and SHARON ARMSTEAD, | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) ) | |

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

To:   Eddie Bauer, LLC
      Attn:  Ms. Freya R. Brier
      Senior Vice President & General Counsel
      10401 NE 8th Street, Suite 500
      Bellevue, WA  98004

      Sharon Armstead
      Eddie Bauer, LLC
      10401 NE 8th Street, Suite 500
      Bellevue, WA  98004

      Alan Kirk
      Eddie Bauer, LLC
      10401 NE 8th Street, Suite 500
      Bellevue, WA  98004

      Kevin Russell
      Latham & Watkins LLP
      233 South Wacker Drive, Suite 5800
      Chicago, IL  60606

   **PLEASE TAKE NOTICE** that on **Tuesday, August 24, 2010**, **at 9:45 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, or any Judge sitting in his stead, in Courtroom 2141 at 219 S. Dearborn Street, Chicago, Illinois and present Plaintiffs' Motion for Preliminary Injunction, copies of which were previously filed with the Court and served upon you.

Dated:  August 17, 2010              /s/ John F. Gibbons
                                     John F. Gibbons
                                     Kevin J. O'Shea
                                     Cameron M. Nelson
                                     Greenberg Traurig, LLP
                                     77 West Wacker Drive, Suite 3100
                                     Chicago, IL 60601
                                     Telephone: 312-456-8400
                                     Facsimile:  312-456-8435

                                     Terry J. Smith
                                     Robert R. Duda Jr.
                                     Smith O'Callaghan & White
                                     33 North LaSalle Street
                                     Suite 3800
                                     Chicago, Illinois 60601
                                     (312) 419-1000
                                     (312) 419-1007 Fax

                                     Attorneys for Plaintiffs
                                     Lands' End, Inc., Sears Holdings Corporation and
                                     Sears Holdings Management Corporation

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing NOTICE OF MOTION FOR PRELIMINARY INJUNCTION was served upon the following in the manner set forth:

To:   Eddie Bauer, LLC
      Attn:  Ms. Freya R. Brier
      Senior Vice President & General Counsel
      10401 NE 8th Street, Suite 500
      Bellevue, WA  98004

      Via FedEx

      Sharon Armstead
      Eddie Bauer, LLC
      10401 NE 8th Street, Suite 500
      Bellevue, WA  98004

      Via FedEx

Alan Kirk
Eddie Bauer, LLC
10401 NE 8th Street, Suite 500
Bellevue, WA  98004

Via FedEx

Kevin Russell
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606

Via email:  kevin.russell@lw.com

Dated:  August 17, 2010                s/Kevin J. O'Shea